| PROB 22 (Rev. 8/97) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* 3:97CR00013-001 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Marco Antonio Martinez 1705 San Enrique Laredo, Tx. 78040 | DISTRICT Northern District of Florida | DIVISION Pensacola Division |
|---|---|---|
| | NAME OF SENTENCING JUDGE Roger Vinson | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03-26-04    TO 03-25-09 |

OFFENSE

Count 1: Conspiracy to possess with intent to distribute Marihuana, in violation of 21 USC§ 846

Count 2: Possession with intent to distribute Marihuana, in violation of 21 USC § 841 (a)(1)

*[Stamp: United States District Court Southern District of Texas FILED MAY 0 6 2005 Michael N. Milby, Clerk]*

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA/ Pensacola Division

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Southern District of Texas/ Laredo Division on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

3/25/05
Date

*[signature]*
United States District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS/ Laredo Division

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

May 6, 2005
Effective Date

*[signature]*
United States District Judge

*[Stamp: OFFICE OF CLERK U.S. DISTRICT CT. NORTHERN DIST. FLA. PENSACOLA, FLA.]*

05 MAY 24 PM 4:03

FILED